UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FREEDOM FRESH, LLC,                                          Case No.

                        Plaintiff,

      - against -

CRYSTAL CRUISES, LLC, FOOK YEW AU, KEVIN
C. JONES, RICARDO JAVIER CELORIO, JESSICA S.
HOPPE, and JACK DU WAYNE ANDERSON,

                  Defendants.

**DECLARATION OF FRANCISCO BRITO-NUNEZ IN SUPPORT OF PLAINTIFF'S
EMERGENCY MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

**STATE OF FLORIDA**        }
                            } ss.:
**COUNTY OF MIAMI-DADE**    }

       **FRANCISCO BRITO-NUNEZ**, being duly sworn, deposes and says:

       1.      I am the Accounting and Collections Manager for Freedom Fresh, LLC ("Freedom

Fresh" or "Plaintiff"), Plaintiff in the above-captioned action, am fully familiar with the facts and

circumstances set forth herein, and have personal knowledge thereof.  I submit this this declaration

in support of Plaintiff's emergency application for an *ex parte* temporary restraining order and

preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.  I am an adult

who, if called upon as a witness, would and could competently testify to all facts stated in this

declaration.

       2.      My responsibilities as Accounting and Collections Manager include monitoring the

sale of produce, including those sales that are the subject of this claim.  My responsibilities also

include supervising collection of the accounts receivable for such sales, including the accounts of

Crystal Cruises. I have custody and control over the sales and accounts receivable records of Freedom

Fresh as they relate to Crystal Cruises, and I am thoroughly familiar with the manner in which those

records are compiled. I was responsible for supervising the collection of receivables resulting from

the subject sales transactions, and I am the custodian of all invoices, including those at issue in this

proceeding.

       3.      At no time has Crystal Cruises disputed the amount due to Freedom Fresh for the

goods or produce. Freedom Fresh has repeatedly demanded payment for the balance owed.

       4.      On January 24, 2022, I had a telephone call with my contact at Crystal Cruises,

Colin Coleman, who I understand to be the manager of their hotel purchasing. I asked him to make

payment on the balance owed to Freedom Fresh. During that phone call and in a subsequent email,

he told me that Crystal Cruises has suspended operations and represented that its parent company,

Genting Hong Kong Limited, filed for liquidation. He further told me that Crystal Cruises is

halting all payments while it awaits instructions from its banks and attorneys. A copy of the email

sent from Mr. Coleman to me is attached hereto as Exhibit 1.

       I declare the above statements to be true and correct under penalty of perjury as set forth in

28 U.S.C. § 1746 and the laws of the State of Florida.

Executed on January 28, 2022.

                                                     **FRANCISCO BRITO-NUNEZ**

# EXHIBIT 1

| | |
|---|---|
| **From:** | Coleman, Colin |
| **To:** | Francisco Brito-Nunez |
| **Cc:** | George Kamaritis; AR-Freedom Fresh; Henry Padron; Specialty Foods |
| **Subject:** | RE: Crystal Cruises - Payment Request 01/24/22 |
| **Date:** | Monday, January 24, 2022 4:49:33 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | Crystal Cruises - Statement 01.24.22.pdf |

Hello Francisco,

As mentioned during our phone conversation, Crystal Cruises has temporarily suspended all operations. This is due to the sudden liquidation by our parent company, Genting Hong Kong Limited, last week.

At the current time, all payment activities are halted while we await further instructions from banks and attorneys. Once Crystal Cruises is advised how we can proceed to do business, we can then instruct on any outstanding matters.

Greatly appreciate your kind patience in the meantime during this sad situation.

Best regards,

**Colin Coleman**
**Manager, Hotel Purchasing**
**Crystal Cruises, LLC**
**1501 Biscayne Blvd | Suite 501 | Miami, FL 33132**
**T: 310 785-9300 | D: 310-203-4442 | M: 323-961-0551**

---

**From:** Francisco Brito-Nunez <fbrito@freedomfresh.com>
**Sent:** Monday, January 24, 2022 1:14 PM
**To:** Coleman, Colin <CColeman@crystalcruises.com>
**Cc:** George Kamaritis <gkamaritis@freedomfresh.com>; AR-Freedom Fresh <ar@freedomfresh.com>; Henry Padron <hpadron@freedomfresh.com>; Specialty Foods <specialty@freedomfresh.com>
**Subject:** Crystal Cruises - Payment Request 01/24/22
**Importance:** High

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

> **WARNING: This email originated outside Crystal Cruises from:** fbrito@freedomfresh.com **:**
> **DO NOT click links or attachments unless you recognize the sender and know the content is safe.**

---

Hello Colin,

Thanks for taking my call this afternoon.
Pursuant to our conversation, there's a balance due of **$207,837.64** from a total of **$492,097.92**

I've attached the most current statement for your review.

Please advise when funds are expected to be released.

Your attention and cooperation is greatly appreciate it.

| Name | Date | Invoice | CUSTOMER P.O. | Net | Balance | Notes |
|---|---|---|---|---|---|---|
| CRYSTAL CRUISE - ENDEAVOR | 10/25/2021 | 1832220 | ENR00157PO1 | 28 | 19,688.48 | invoice due |
| CRYSTAL CRUISE - ENDEAVOR | 1/18/2022 | 633239 | ENR00157PO1 | 28 | (832.00) | credit due |
| CRYSTAL CRUISE - ENDEAVOR | 12/18/2021 | 1842076 | ENR00242P02 | 28 | 2,642.82 | invoice due |
| CRYSTAL CRUISE - SERENITY | 7/1/2021 | 1816157 | CYR09025PO01 | 28 | 5,411.24 | invoice due |
| CRYSTAL CRUISE - SERENITY | 7/1/2021 | 1816263 | CYR09020P02 | 28 | 4,180.52 | invoice due |
| CRYSTAL CRUISE - SERENITY | 7/2/2021 | 1816188 | CYR08963PO03 | 28 | 1,359.40 | invoice due |
| CRYSTAL CRUISE - SERENITY | 7/28/2021 | 1818960 | CYR09110PO01 | 28 | 1,612.80 | invoice due |
| CRYSTAL CRUISE - SERENITY | 8/9/2021 | 1820997 | CYR09153PO2 | 28 | 144.98 | invoice due |
| CRYSTAL CRUISE - SERENITY | 10/11/2021 | 1829381 | CYR09342P01 | 28 | 7,791.77 | invoice due |
| CRYSTAL CRUISE - SERENITY | 11/1/2021 | 1834030 | CYR09409P01 | 28 | 57.25 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/21/2021 | 1842093 | CYR09873P04 | 28 | 1,105.00 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/21/2021 | 1842886 | CYR09200P02 | 28 | 179.20 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1842091 | CYR09828P01 | 28 | 5,695.31 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1842092 | CYR09832P01 | 28 | 13,062.09 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1842805 | CYR09899P01 | 28 | 143.40 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1842852 | CYR09849P05 | 28 | 4,377.38 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1843075 | CYR09841PO01 | 28 | 38,408.46 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1843798 | CYR09906P03 | 28 | 704.80 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1843955 | CYCCLP8290 | 28 | 276.00 | invoice due |
| CRYSTAL CRUISE - SERENITY | 12/22/2021 | 1844080 | CYRO9904PO01 | 28 | 937.60 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 11/15/2021 | 1836468 | CSR09443P07 | 28 | 3,344.38 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 12/3/2021 | 1840036 | CSR09504P07 | 28 | 6,599.12 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 12/4/2021 | 1838454 | CSR09524PO02 | 28 | 42,801.50 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 12/17/2021 | 1842756 | CSR09593P01 | 28 | 2,397.23 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 12/17/2021 | 1842818 | CSR09576P05 | 28 | 209.10 | invoice due |

| | | | | | | |
|---|---|---|---|---|---|---|
| CRYSTAL CRUISE - SYMPHONY | 12/18/2021 | 1840907 | CSR09559P01 | 28 | 35,102.19 | invoice due |
| CRYSTAL CRUISE - SYMPHONY | 12/18/2021 | 1841093 | CSR09561P01 | 28 | 10,437.62 | invoice due |
| **Balance Due Over 30 Days Old** | | | | | **207,837.64** | |

Best Regards,

Francisco Brito-Nunez
Accounting & Collections Manager
**Freedom Fresh, LLC**
*A Pro*Act Member Company*
11001 NW 124th Street
Medley, FL 33178
Main: 305-715-5700
Direct: 305-715-5736
www.FreedomFresh.com



Follow us!



Please consider the environment

This e-mail and any accompanying attachments contain confidential information and may be privileged. It is intended solely for the addressee(s). If you are not the named addressee(s), you may not use, review, disclose, forward, retain or copy any part of the document received. If you have received this email and any accompanying attachments in error, please notify the sender or compliance@crystalcruises.com by e-mail immediately and delete the email and all copies from your system. Internet communications cannot be guaranteed to be timely, secure, error-free or virus-free. Crystal Cruises, LLC and its direct or indirect subsidiaries and associated companies do not accept liability for any errors or omissions or for any loss or damage arising from this e-mail transmission or from any use of this email or its attachments.