UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM FRESH, LLC, | Case No. 1:22cv20327 |
| Plaintiff, | |
| - against - | |
| CRYSTAL CRUISES, LLC, FOOK YEW AU, KEVIN C. JONES, RICARDO JAVIER CELORIO, JESSICA S. HOPPE, and JACK DU WAYNE ANDERSON, | |
| Defendants. | |

## NOTICE TO STRIKE DOCUMENT

The Plaintiff, Freedom Fresh, hereby files this Notice to Strike Memorandum of Law in Support [Doc No. 6] as the wrong document was inadvertently uploaded.

Dated: February 1, 2022

> FURR COHEN
> *Attorney for Plaintiff*
> 2255 Glades Road, Suite 419A
> Boca Raton, FL  33431
> Telephone: (561) 395-0500
>
> By:   */s/ Marc P. Barmat*
>        MARC P. BARMAT
>        Florida Bar No. 22365
>        E-mail: mbarmat@furrcohen.com
>                 rrivera@furrcohen.com