**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FREEDOM FRESH, LLC,<br><br>                Plaintiff,<br><br>        - against -<br><br>CRYSTAL CRUISES, LLC, FOOK YEW AU, KEVIN C. JONES, RICARDO JAVIER CELORIO, JESSICA S. HOPPE, and JACK DU WAYNE ANDERSON,<br><br>                Defendants. | Case No. 1:22-cv-20327-DPG |

**NOTICE OF ESTIMATED LENGTH OF TRIAL**

Plaintiff Freedom Fresh, LLC ("Plaintiff"), pursuant to the Order Directing Plaintiff to File Estimated Length of Trial [Doc. 12], by and through undersigned counsel, hereby estimates the length of trial of this matter will be 3 days. Plaintiff respectfully reserves the right to amend this estimation as appropriate under the circumstances.

Dated: February 4, 2022

Furr and Cohen, P.A.
Attorneys for Plaintiff

By:      /s/ Marc Barmat
Marc Barmat
Florida Bar No. 0022365
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561) 395-0500; (561) 338-7532
mbarmat@furrcohen.com

and

- 2 -

McCARRON & DIESS

By:   /s/ Kate Ellis
       Kate Ellis
       4530 Wisconsin Ave., NW, Ste. 301
       Washington, D.C. 20016
       (202) 364-0400
       (202) 364-2731 (fax)
       kellis@mccarronlaw.com
       *Pro Hac Vice*