UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM FRESH, LLC,<br><br>                    Plaintiff,<br><br>    - against -<br><br>CRYSTAL CRUISES, LLC, FOOK YEW AU, KEVIN C. JONES, RICARDO JAVIER CELORIO, JESSICA S. HOPPE, and JACK DU WAYNE ANDERSON,<br><br>                    Defendants. | Case No. 1:22cv20327-DPG |

## NOTICE OF FILING EXHIBIT 1 TO COMPLAINT

The Plaintiff, Freedom Fresh, hereby files Exhibit 1 to the Complaint [ECF No.1].

Dated: February 7, 2022

                                      FURR COHEN
                                      *Attorney for Plaintiff*
                                      2255 Glades Road, Suite 419A
                                      Boca Raton, FL  33431
                                      Telephone: (561) 395-0500

By:   */s/ Marc P. Barmat*
               MARC P. BARMAT
               Florida Bar No. 22365
               E-mail: mbarmat@furrcohen.com
                          rrivera@furrcohen.com