# EXHIBIT 1

# 2021 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M15000007557

**Entity Name:** CRYSTAL CRUISES, LLC

**FILED**
**Apr 22, 2021**
**Secretary of State**
**5469056846CC**

**Current Principal Place of Business:**

1501 BISCAYNE BLVD
SUITE 501
MIAMI, FL 33132-1460

**Current Mailing Address:**

1501 BISCAYNE BLVD
SUITE 501
MIAMI, FL 33132-1460 US

**FEI Number:** 95-4156825

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MANAGER | Title | MANAGER |
| Name | AU, FOOK YEW | Name | HOPPE, JESSICA S. |
| Address | 1501 BISCAYNE BLVD SUITE 501 | Address | 1501 BISCAYNE BLVD SUITE 501 |
| City-State-Zip: | MIAMI FL 33132-1460 | City-State-Zip: | MIAMI FL 33132-1460 |
| Title | MANAGER | Title | MANAGER |
| Name | JONES, KEVIN C. | Name | ANDERSON, JACK DU WAYNE |
| Address | 624 E. 19TH STREET | Address | 1501 BISCAYNE BLVD SUITE 501 |
| City-State-Zip: | BROOKLYN NY 11230 | City-State-Zip: | MIAMI FL 33132-1460 |
| Title | MANAGER | | |
| Name | CELORIO, RICARDO JAVIER | | |
| Address | 1501 BISCAYNE BLVD SUITE 501 | | |
| City-State-Zip: | MIAMI FL 33132-1460 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JESSICA S. HOPPE                              MANAGER                    04/22/2021

Electronic Signature of Signing Authorized Person(s) Detail                                         Date