UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FREEDOM FRESH, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>CRYSTAL CRUISES, LLC, FOOK YEW AU, KEVIN C. JONES, RICARDO JAVIER CELORIO, JESSICA S. HOPPE, and JACK DU WAYNE ANDERSON,<br><br>Defendants. | Case No. 1:22cv20327 |

**NOTICE OF FILING EXHIBIT A TO STIPULATION AND ORDER OF SETTLEMENT**

The Plaintiff, Freedom Fresh, hereby files this Notice of Filing Exhibit A to Stipulation and Order of Settlement [ECF No. 21].

Dated: February 8, 2022

FURR COHEN
*Attorney for Plaintiff*
2255 Glades Road, Suite 419A
Boca Raton, FL  33431
Telephone: (561) 395-0500

By:   */s/ Marc P. Barmat*
          MARC P. BARMAT
          Florida Bar No. 22365
          E-mail: mbarmat@furrcohen.com
                       rrivera@furrcohen.com